# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00793-CV

---

**B. A. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**NO. C180096CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

Appellant B. A. B. filed his notice of appeal on November 1, 2019. The appellate record was complete November 7, 2019, making appellant's brief due on November 27, 2019. On December 4, 2019, this Court ordered appellant's counsel to file appellant's brief no later than December 17, 2019. On January 3, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief, explaining that she needed more time due to the critical illness and hospitalization of a close relative.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, due to the extenuating circumstances presented here, we will grant

counsel a second extension of time. We order counsel to file appellant's brief no later than January 16, 2020. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 10, 2020.

Before Chief Justice Rose, Justices Baker and Triana